UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISA CHASTEEN, individually and
on behalf of all other similarly situated
employees,

      Plaintiffs,    Case No. 07-10558

vs.            DISTRICT JUDGE PAUL V. GADOLA
             MAGISTRATE JUDGE STEVEN D. PEPE
ROCK FINANCIAL, a Quicken Loans Inc.
company, and DANIEL B. GILBERT,
personally and individually,

      Defendants.
=============================/

## ORDER GRANTING DEFENDANTS' MOTION FOR A RULE 16 CONFERENCE (DKT. #93)

On November 21, 2007, Defendants filed a motion for a Rule 16 Conference to discuss deadlines and to set a case schedule in this case (Dkt. #93). All pretrial matters were referred on November 20, 2007, in accordance with the authority conferred in 28 U.S.C. § 636(b) (Dkt. #90). The parties met and conferred on December 14, 2007, regarding Defendants's proposed scheduling order and Defendants' Objection to Presentment of Order Under L.R. 58.1 (Dkt. #92), but were unable to resolve their differences as to scheduling specific deadlines in this case. Yet, the parties did agree the Court should treat the upcoming hearing on December 20, 2007, as the actual Rule 16 Conference for purposes of setting deadlines in this case (Dkt. #102). Accordingly, Defendants' motion for a Rule 16 conference is **GRANTED** and the parties are **ORDERED** to appear for the hearing currently scheduled for December 20, 2007, at 2:00 p.m. At

1

such time, all unresolved scheduling issues shall be addressed.

The parties to this action may object to and seek review of this Order, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.


**SO ORDERED.**

Date: December 14, 2007  s/Steven D. Pepe
Ann Arbor, Michigan  United States Magistrate Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing paper with the Clerk Court using the ECF system which will send electronic notification to the following: Robert P. Davis, Paul J. Lukas, Jeffrey B. Morganroth, Mayer Morganroth, Donald H. Nichols, Michael L. Pitt, Beth M. Rivers, Rachhana T. Srey, Robert C. Varnell, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: not applicable

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peliter@mied.uscourts.gov